

IN THE
TENTH COURT OF APPEALS

No. 10-14-00398-CR

IN RE LARRY HALEY

Original Proceeding

MEMORANDUM OPINION

The application for writ of mandamus is denied.[1]

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed January 8, 2015

---

[1] The application (petition) has numerous procedural deficiencies. It does not include the certification required by Rule of Appellate Procedure 52.3(j). *See* TEX. R. APP. P. 52.3(j). The appendix is not sworn, and there is no record. *See id.* 52.3(k), 52.7. It lacks proof of service on the Brazos County District Attorney, a Real-Party-in-Interest. *See id.* 9.5, 52.2. A copy of all documents presented to the Court must be served *on all parties* to the proceeding and must contain proof of service. *Id.* 9.5. Because of our disposition and to expedite it, we will implement Rule 2 and suspend these rules. *Id.* 2.

Do not publish
[OT06]

